# UNITED STATES DISTRICT COURT

Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL MUNSELL | Judgment in a Criminal Case<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   4:02CR40078-013-JPG<br>USM No.   05798-025<br><br>Judith A. kuenneke, AFPD<br>Defendant's Attorney |

FILED OCT 20 2009 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed offense of Driving on Suspended Lic. | 06/26/2008 |
| Statutory | The defendant tested positive for Cocaine | 09/03/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __8905__

Defendant's Year of Birth:   __1972__

City and State of Defendant's Residence:
Johnston City, IL 62951

10/08/2009
Date of Imposition of Judgment

*J. Phil Gilbert* (signature)
Signature of Judge

J. Phil Gilbert                                    District Judge
Name and Title of Judge

October 20, 2009
Date

Judgment—Page  2  of  3

DEFENDANT: MICHAEL MUNSELL
CASE NUMBER: 4:02CR40078-013-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to provided truthful information to probation | 09/03/2009 |
| Standard # 10 | The defendant failed to allow probation to visit him at his home | 09/03/2009 |
| Special | The defendant used alcohol while enrolled in a substance abuse program | 09/02/2009 |

DEFENDANT: MICHAEL MUNSELL
CASE NUMBER: 4:02CR40078-013-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

36 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL